Submitted on record and briefs February 28,
affirmed March 5, 1973

STATE OF OREGON, *Respondent, v.* ENOC
COSTELLO RODRIGUEZ (No. 14659), *Appellant.*

506 P2d 728

Jack R. Hannam, Portland, for appellant.

Lee Johnson, Attorney General, John W. Osburn, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, for respondent.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.